ADELINA GROLLEMUND, ADMINISTRATOR AD PROSE-
QUENDUM, PLAINTIFF, v. LOUIS ADLER, DEFENDANT.

Argued October term, 1927—Decided January 26, 1928.

Before Justices PARKER, MINTURN and CAMPBELL.

For the rule, *Benjamin Gross* and *Leo Blumberg.*

*Contra, Benjamin Schneider.*

PER CURIAM.

The case was tried in the Hudson Circuit, and a verdict
was rendered for the plaintiff for $3,000.

The action was instituted to recover damages for the death
of the plaintiff's intestate as the result of being struck by de-
fendant's automobile. The rule brings up only the question
of the inadequacy of the damages.

The decedent was fifty-five years of age and in robust
health; he earned $60 a week as a fancy cake baker, and
gave his wife $50 a week, which sum included expenditures
for his board and clothes; he left surviving him his wife,
sixty years old, and four sons, aged, respectively, eighteen,
twenty-two, twenty-four and twenty-seven. Two of the sons
are married. The actuary gave his expectancy of life as seven-
teen and six-tenths years.

We think under the testimony and the circumstances aris-
ing therefrom that the rule should be made absolute as to
damages only.